**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GLEN LEE ANDREW LAWRENCE,

                        Plaintiff,

  -against-

EXPERIAN INFORMATION SOLUTIONS, INC;
EQUIFAX INFORMATION SERVICES LLC;
TRANS UNION LLC.

                      Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

25-CV-04500 (RER) (LKE)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated January 6, 2026 (Order dated 1/06/2026 (the "R&R")), Magistrate Judge Lara K. Eshkenazi recommended that the Court dismiss Plaintiff's claims for failure to prosecute. (*Id.*) Judge Eshkenazi advised the parties that they had fourteen days from the date that the R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed with prejudice.

      The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

2

SO ORDERED.

      /s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: January 22, 2026
      Brooklyn, New York